UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ROXANA JIMENEZ,<br><br>    Defendant. | CASE NO.: 20CR1791-JLS<br><br>ORDER GRANTING APPEAL OF THE MAGISTRATE COURT'S DENIAL OF UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

   Good cause appearing and there being no opposition by Plaintiff or Pretrial Services, IT IS HEREBY ORDERED:

   That Ms. Jimenez is permitted to travel to Mexico at the discretion of her Pretrial Services Officer to visit her husband, and will check-in with her Pretrial Services Officer before leaving and after returning.

   **IT IS FURTHER ORDERED** that all other conditions of release remain the same.

   **IT IS SO ORDERED.**

Dated:  December 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge