# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROXANA JIMENEZ,<br><br>　　　　Defendant. | Case No.: 20-CR-1791-JLS<br><br>**ORDER CONTINUING MOTION HEARING AND GRANTING JOINT MOTION TO EXTEND THE UNITED STATES' RESPONSE DATE, LEAVE FOR DEFENDANT TO FILE A REPLY, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

　　For good cause appearing, the parties' joint motion (1) to extend the United States' response date, (2) for leave for Defendant to file a reply, and (3) to exclude time under the Speedy Trial Act, is hereby **GRANTED**. The United States' responses to Defendant's pre-trial motions are due by August 20, 2021. The Court continues the Motion Hearing from August 27, 2021 to **September 10, 2021 at 2:00 pm**. The Court grants leave for Defendant to file a reply to the United States' responses, if needed, and the reply is due by August 27, 2021.

　　For the reasons stated in the joint motion, and in joint agreement by the parties, the Court finds that the continuance serves the ends of justice and outweighs the public's and Defendant's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Time is excluded from August 27, 2021 to September 10, 2021.

　　**IT IS SO ORDERED.**

Dated: August 6, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND THE UNITED STATES' RESPONSE DATE, LEAVE FOR DEFENDANT TO FILE A REPLY, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT