UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 20CR1791-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| ROXANA JIMENEZ, | |
| Defendant. | |

Pursuant to joint motion,

**IT IS HEREBY ORDERED** that Defense counsel's replies will be due September 3, 2021. The Motion Hearing scheduled for September 10, 2021, at 2:00 p.m. be continued to September 17, 2021 at 2:00 p.m.

The Court finds that time is excluded from September 10-17, 2021 in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: August 31, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge