# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ROXANA JIMENEZ,<br><br>                                    Defendant. | Case No.:  20CR1791-JLS<br><br>**ORDER CONTINUING MOTION IN LIMINE HEARING AND EXTENDING BRIEFING DEADLINES** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion in Limine Hearing scheduled for February 11, 2022 shall be continued to **February 18, 2022** at **2:00 p.m.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED that the joint motion to continue motion due dates is **Granted**.

IT IS SO ORDERED.

Dated: February 3, 2022

Hon. Janis L. Sammartino
United States District Judge

20CR1791-JLS