UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br> v.<br><br>ROXANA JIMENEZ,<br><br>　　　　Defendant. | CASE NO.: 20CR1791-JLS<br><br>ORDER GRANTING JOINT MOTION TO VACATE MOTION IN LIMINE HEARING AND JURY TRIAL |

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the Motion In Limine Hearing and the Jury Trial scheduled for February 25, 2022 at 2:00 p.m. and March 1, 2022 at 9:00 a.m., respectively, be vacated.

A status hearing is set for March 18, 2022 at 1:30 p.m. The Court finds that time is excluded in the interests of justice.

**IT IS SO ORDERED**.

Dated: February 17, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge